United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41844
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JESSE MARTINEZ,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:04-CR-188-ALL
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Jesse

Martinez has moved for leave to withdraw and has filed a brief

in accordance with <u>Anders v. California</u>, 386 U.S. 738 (1967).

Martinez has not responded to counsel's motion.  Our independent

review of the record and counsel's brief shows that there are no

nonfrivolous issues for appeal.  Accordingly, the motion for

leave to withdraw is GRANTED, counsel is excused from further

responsibilities herein, and this APPEAL IS DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.

--------------------

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.